MDLOUT

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:08-cv-01117-SCB-EAJ
# Internal Use Only

Raitt et al v. Davol, Inc. et al
Assigned to: Judge Susan C Bucklew
Referred to: Magistrate Judge Elizabeth A. Jenkins
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/09/2008
Date Terminated: 08/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| Robert Raitt | represented by | Peter L. Kaufman<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA<br>316 S Baylen St - Ste 600<br>PO Box 12308<br>Pensacola, FL 32591<br>850/435-7000<br>Email: pkaufman@levinlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| Diane Raitt | represented by | Peter L. Kaufman<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

Davol, Inc.
*a Rhode Island Corporation*

**Defendant**

C.R. Bard, Inc.
*a New Jersey Corporation*

... the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2008 | 1 | COMPLAINT against Davol, Inc. and C.R. Bard, Inc. ; JURY DEMAND (Filing fee $ 350 receipt number T046382) filed by Robert Raitt and Diane Raitt.(LYB) (Entered: 06/10/2008) |
| 06/09/2008 | 2 | Summons issued as to Davol, Inc. and C.R. Bard, Inc. (LYB) (Entered: 06/10/2008) |
| 06/30/2008 | 3 | NOTICE of designation under Local Rule 3.05 - track 2 with Notice of Expected Deadlines and Case Management Report made a part herein. Signed by Judge Susan C Bucklew on 6/30/2008. (LS) (Entered: 06/30/2008) |
| 07/23/2008 | 4 | WAIVER OF SERVICE returned executed on 7/16/2008 by Robert Raitt, Diane Raitt as to Davol, Inc.. (Kaufman, Peter) (Entered: 07/23/2008) |
| 07/23/2008 | 5 | WAIVER OF SERVICE returned executed on 7/16/08 by Robert Raitt, Diane Raitt as to C.R. Bard, Inc.. (Kaufman, Peter) (Entered: 07/23/2008) |
| 08/15/2008 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: 08-2539 MDL case number: 1842 (JLH) (Entered: 08/15/2008) |